UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE OUTLEY, JR.,

Plaintiff,

v.

CITY OF MODESTO, ET AL.,

Defendants.

Case No.  1:26-cv-01745-HBK

ORDER TRANSFERRING CASE BACK
TO SACRAMENTO DIVISION

On March 2, 2026, Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42 U.S.C. § 1983 accompanied by a motion for temporary restraining order in the United States District Court, Eastern District Court of California, Sacramento division at Case No. 2:26-cv-0687-CSK.  (Docs. 1, 2).  On March 4, 2026, the Sacramento court transferred the action to this court.  (Doc. 4).  The transfer order noted that "[t]he alleged violations took place in Stanislaus County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d)."  (Doc. 4 at 1:20-22).

A review of the complaint reveals that the alleged events giving rise to the cause of actions occurred at Graceda Park, which is in Modesto California.  (Doc. 1 at 8:21).  And Modesto indeed is located in Stanislaus County.  This Court's Local Rules were amended in January 2025, and direct that civil actions which arise in Stanislaus county shall be commenced in Sacramento.  Local Rule 120(d).  Thus, Plaintiff properly filed his complaint in the Sacramento

Division of this Court. *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Thus, this Court finds good cause to transfer this action back to the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, it is **ORDERED**:

1.    The Clerk of Court is directed to transfer this action back to the Sacramento Division of this Court.

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, CA 95814

DONE AND ORDERED:

Dated:    March 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2